UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
HAROLD CARR, :
:
                Plaintiff, :
: 23-CV-9705 (JMF)
    -v- :
: ORDER
:
EIB WESTCHESTER I, LLC et al., :
:
                Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of the letter filed today by Defendant Jones Lang LaSalle Americas, Inc., ECF No. 6, the Clerk of Court is directed to immediately REMAND this case back to the Supreme Court of New York, Bronx County, and to close the case on this Court's docket. Any pending deadlines are moot. Any conferences in this Court are canceled.

      SO ORDERED.

Dated: November 20, 2023                  _____
      New York, New York                       JESSE M. FURMAN
                                                      United States District Judge